UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON MENDEL, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SOUTHERN MONO HEALTHCARE DISTRICT dba MAMMATH HOSPITAL, a public entity; MARK LIND, an individual; DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.: 2:19-cv-00216-TLN-EFB<br><br>**ORDER ON STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Dept:　　2<br>Judge:　　Hon. Troy L. Nunley<br><br>Action Filed: February 4, 2019<br>Trial Date:　None set |

Pending before the Court is the Stipulation to Extend Deadline for Defendant SOUTHERN MONO HEALTHCARE DISTRICT dba MAMMOTH HOSPITAL ("Defendant") to Respond to the Complaint, filed by Plaintiff CLAYTON MENDEL and that Defendant shall have until April 22, 2019 to respond to Plaintiff's Complaint. Upon review of the stipulation, the Court finds good cause for the extension requested.

**IT IS SO ORDERED.**

Dated: April 10, 2019

_____
Troy L. Nunley
United States District Judge