UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CLAYTON MENDEL, an individual<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN MONO HEALTHCARE DISTRICT dba MAMMOTH HOSPITAL, a public entity; MARK LIND, an individual; DOES 1 THROUGH 100 inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00216-TLN-EFB<br><br>**ORDER ON STIPULATION TO EXTEND THE DISCOVERY CUTOFF AND FOR LEAVE TO FILE A FIRST AMENDED ANSWER**<br><br>District Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Edmund F. Brennan<br><br>Action Filed: February 4, 2019<br>Trial Date: None Set |
|---|---|

Pending before the Court is the Stipulation to Extend the Discovery Cutoff for Leave to File a First Amended Answer, filed by Plaintiff Clayton Mendel and Defendant Southern Mono Healthcare District. Upon review of the stipulation, the Court finds good cause to grant the relief requested in the stipulation.

The discovery cutoff is hereby extended to **April 10, 2020**. The deadlines for disclosure of expert witnesses and the filing of dispositive motions set forth in the Court's Initial Pretrial Scheduling Order shall be measured from the April 10, 2020 fact discovery cutoff.

///

///

1     SMHD shall have five days from the date of this order to file its First
2     Amended Answer.
3     **IT IS SO ORDERED.**
4     DATED: January 15, 2020

Troy L. Nunley
United States District Judge